UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BERT NAPIER, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 4:14-cv-00508-JAR |
| KAWASAKI MOTORS CORP., U.S.A. and KAWASAKI MOTORS MANUFACTURING CORP., U.S.A., ) ) ) ) ) | |
| Defendants. ) | |

### PLAINTIFF'S VOLUNTARY DISMISSAL OF KAWASAKI MOTORS MANUFACTURING CORP., U.S.A. WITHOUT PREJUDICE

COMES NOW Plaintiff and voluntarily dismisses without prejudice Defendant Kawasaki Motors Manufacturing Corp., U.S.A.

Respectfully Submitted,

**BECKER, PAULSON, HOERNER & THOMPSON, P.C.**

By: /s/ Alvin C. Paulson
Alvin C. Paulson
No. 37188
5111 West Main St.
Belleville, IL 62226
(618) 235-0020
(618) 235-8558 Fax
acp@bphlaw.com

*So Ordered*
*John A. Ross*
*5/13/2014*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2014, the foregoing was filed electronically with the Court's electronic filing system, and was served upon the following by operation of the Court's electronic filing system:

Richard A. Mueller, # 27446MO  
Carl J. Pesce, # 39727MO  
Paul D. Lawrence, # 53202MO  
One US Bank Plaza  
St. Louis, Missouri 63101  
(314) 552-6000 (telephone)  
(314) 552-7000 (facsimile)  
rmueller@thompsoncoburn.com  
cpesce@thompsoncoburn.com  
plawrence@thompsoncoburn.com  

                                                                           /s/ Alvin C. Paulson